UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*In Re:*

                                      Chapter 7
                          Case No. 20-71913-JWC

BENYOUNES SERHIR, **Debtor,**
PENNYMAC LOAN SERVICES, LLC, **Creditor,**

---

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

      Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for PENNYMAC LOAN SERVICES, LLC, party in interest in the captioned proceedings.

      Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

      This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

      This Notice of Appearance shall not be construed as authorization to serve counsel

for PENNYMAC LOAN SERVICES, LLC with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for PENNYMAC LOAN SERVICES, LLC.

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ ABBEY ULSH DREHER            12/08/2020
ABBEY ULSH DREHER
GA NO. 113608
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on December 08, 2020, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ ABBEY ULSH DREHER         12/08/2020
    ABBEY ULSH DREHER
    GA NO. 113608
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 661-7725
    E-mail:  GA.ND.ECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
BENYOUNES SERHIR
706 SWEET SPICE WAY
CANTON, GA 30114

**DEBTOR'S ATTORNEY:**
CHARLES M. CLAPP
5 CONCOURSE PARKWAY NE
STE 3000
ATLANTA, GA  30328

**TRUSTEE:**
S GREGORY HAYS
2964 PEACHTREE ROAD
SUITE 555
ATLANTA, GA  30305