UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

BENYOUNES SERHIR

CASE NO. 20-71913- JWC

CHAPTER 7

Debtor.

**WITHDRAWAL OF TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, S. Gregory Hays, the Chapter 7 Trustee in the above-referenced case, hereby withdraw the Trustee's Report of No Distribution filed electronically on January 5, 2021.

This 5th day of January, 2021.

   /s/   S. Gregory Hays
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060