# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 20-71913-JWC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | SERHIR, BENYOUNES | Date Filed (f) or Converted (c): | 11/19/2020 (f) |
| | | § 341(a) Meeting Date: | 12/18/2020 |
| For Period Ending: | 06/30/2021 | Claims Bar Date: | 04/06/2021 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | One-half interest - 706 Sweet Spice Way, Canton, GA 30114<br>See asset # 7 relating to security interest in property. | 110,250.00 | 3,117.50 | | 0.00 | 110,250.00 |
| 2 | One-half interest - 2016 Ford Fusion SE 14, 65,000 miles<br>Notice of abandonment filed, Dkt # 17. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2019 Nissan Maxima, 10,000 miles<br>Notice of abandonment filed, Dkt # 17. | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Bank of America NA | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Adversary case 21-05003. Complaint against Plaza Home Mortgage, Inc., PennyMac Loan Services, LLC, U.S. Secretary of Housing and Urban Development  (u)<br>Complaint seeks to avoid Security Interests Transfers in real property. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | **Assets    Totals    (Excluding unknown values)** | **$135,750.00** | **$3,117.50** | | **$0.00** | **$110,250.00** |

**Major Activities Affecting Case Closing:**

1/5/21  NDR filed and withdrawn; Request for Claims Bar Date filed; Notice of Abandonment of 2016 Ford Fusion & 2019 Nissan Maxima

1/8/21 - Trustee filed adversary case # 21-05003. Complaint against Plaza Home Mortgage, Inc., PennyMac Loan Services, LLC, U.S. Secretary of Housing and Urban Development relating to attestation issues with security deeds.

6/30/21 - The Trustee and parties to adversary are in settlement discussions.

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2022 | **Current Projected Date Of Final Report (TFR):** | 06/30/2022 |
|---|---|---|---|

| 07/30/2021 | | /s/S. Gregory Hays |
|---|---|---|
| Date | | S. Gregory Hays |